IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DANNY'S LIQUOR LINCOLNWOOD, LLC, | ) | Case No. 18 B 12699 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date and Time: |
| | ) | May 10, 2018 at 10:00 a.m. |

## NOTICE OF MOTION

TO: See Attached Service List

**PLEASE TAKE NOTICE THAT** on May 10, 2018, at 10:00 a.m., I shall appear before Judge Jack B. Schmetterer, or any other judge sitting in his stead, in courtroom 682 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on Gregory K. Stern's Motion to Withdraw As Attorney for Debtor and Substitute Ariel Weissberg as Attorney for Debtor, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 2nd day of May, 2018.

                                                                          /s/ Gregory K. Stern
                                                                             Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick Layng, United States Trustee
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

Andrew Maxwell
105 West Adams Street
Suite 3200
Chicago, Illinois 60603

**Served via U.S. Mail**

Scott Tomczyk
50 East Bellevue Place
Unit 1101
Chicago, Illinois 60611

Ariel Weissberg & Associates
401 South LaSalle Street, Suite 403
Chicago, Illinois 60605

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DANNY'S LIQUOR LINCOLNWOOD, LLC, | ) | Case No. 18 B 12699 |
| | ) | |
| Debtor. | ) | Hon. Jack B. Schmetterer |
| | ) | Hearing Date and Time: |
| | ) | May 10, 2018 at 10:00 a.m. |

**MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR AND SUBSTITUTE ARIEL WEISSBERG AS ATTORNEY FOR DEBTOR**

Now comes Gregory K. Stern (the "Attorney"), as attorney for the Debtor, Danny's Liquor Lincolnwood, LLC, and in support of his Motion to Withdraw as Attorney for Debtor and Substitute Ariel Weissberg as Attorney for Debtor, state as follows:

1. On April 30, 2018, the Debtor filed a Petition for relief under Chapter 7 of the Bankruptcy Code.

2. On May 1, 2018, Scott Tomczyk, the sole member of the Debtor, filed a Petition for relief under Chapter 11 of the Bankruptcy Code.

3. Gregory K. Stern, P.C. cannot represent both the Debtor in the instant case and Scott Tomczyk in his Chapter 11 bankruptcy case and seeks to withdraw his appearance as attorney for the Debtor in the instant case and substitute Ariel Weissberg as Attorney for the Debtor.

**WHEREFORE**, the Attorneys request that this Court enter an Order permitting Gregory K. Stern to withdraw his appearance, *instanter*, as attorney for Danny's Liquor Lincolnwood LLC, and allowing Ariel Weissberg leave to file a substitute appearance on behalf of Danny's Liquor Lincolnwood LLC and for such other relief as this Court deems just.

By:    /s/ Gregory K. Stern
       Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel D. Stern, (Atty. ID #6310248)
53 West Jackson Boulevard, Suite 1442
Chicago, Illinois 60604
(312) 427-1558